■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOAH JOSEPH, Appellant. [816 NYS2d 349]—Judgment of resen-

---

tence, Supreme Court, New York County (Bernard J. Fried, J.), rendered July 12, 2005, resentencing defendant, upon his conviction, after a jury trial, of criminal possession of a controlled substance in the first degree, as a second felony offender, to a term of 13½ years, unanimously affirmed.

Defendant was resentenced from a term of 15 years to life to a term of 13½ years pursuant to the Drug Law Reform Act (L 2004, ch 738). We perceive no basis for a further reduction. Defendant's argument that his conviction should be reduced to second-degree possession is without merit (*People v Quinones*, 22 AD3d 218 [2005], *lv denied* 6 NY3d 817 [2006]; *People v Nelson*, 21 AD3d 861 [2005], *lv granted* 6 NY3d 757 [2005]), as is his constitutional challenge to the procedure under which he was sentenced as a second felony offender (*Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Andrias, J.P., Marlow, Sweeny, McGuire and Malone, JJ.